```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3032 |
| | ) | |
| v. | ) | |
| | ) | |
| RICARDO PERALES, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

The motion by defendant Ricardo Perales, filing 27, to join in the motions to suppress statements and evidence and supporting brief filed by co-defendant Jessica Yvonne Servin is denied. While a defendant may reasonably adopt a co-defendant's arguments to the extent necessary or appropriate in order to avoid duplication, each defendant should file his/her own motions, as there may be issues that separate them.

DATED this 19th day of April, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge