IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3032 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | TO WITHDRAW EXHIBITS |
| vs. | ) | OR TO SHOW CAUSE WHY |
| | ) | EXHIBITS SHOULD NOT BE |
| RICARDO PERALES, | ) | DESTROYED |
| | ) | |
| Defendant. | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the Government shall either 1) withdraw the following exhibit previously submitted in this matter within 15 calendar days of the date of this order, or 2) show cause why the exhibit should not be destroyed:

Government Exhibit 1-Sentencing hearing held on 1/27/06

If the Government fails to withdraw this exhibit as directed or to show cause why the exhibit should not be destroyed, the clerk's office is directed to destroy the listed exhibit without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 16th day of July, 2007.

s/ Richard G. Kopf
United States District Judge